| | | |
|---|---|---|
| 30331 | State v. Massey | Affirmed |

### June 14, 2011

| | | |
|---|---|---|
| 30353 | State v. Crabbe | Affirmed |
| 30516 | State v. Pai | Affirmed |

### June 16, 2011

| | | |
|---|---|---|
| 30254 | Abordo v. State | Dismissed |
| 30617 | Gomes v. State | Affirmed |
| 30653 | State v. Enos | Affirmed |
| 30566 | State v. Pierre-Louis | Affirmed |
| 30445 | State v. Tapanan | Affirmed |

### June 21, 2011

| | | |
|---|---|---|
| CAAP–10–00 00070 | Stanley v. State | Affirmed |
| 30656 | State v. Kang | Affirmed in Part, Vacated in Part; Affirmed, Vacated and Remanded |
| 30468 | State v. Sereno | Affirmed |
| 30635 | Tierney v. State | Affirmed |

### June 22, 2011

| | | |
|---|---|---|
| 30482 | State v. Lalonde | Affirmed |
| CAAP–10–00 00016 | State v. Martins | Affirmed |

### June 27, 2011

| | | |
|---|---|---|
| 30682 | State v. Cabagbag | Affirmed |
| 30312 | State v. Craig-Rodenhurst | Affirmed |

### June 29, 2011

| | | |
|---|---|---|
| 29880 | State v. Hoa Van Huynh | Affirmed; Vacated and Remanded |
| 30719 | State v. Padilla | Affirmed |
| 30720 | State v. Shinsato | Affirmed |
| 30721 | State v. Takazono | Affirmed |

### June 30, 2011

| | | |
|---|---|---|
| 30588 | State v. Santarone | Affirmed |
| 29269, 29270 | State v. Schoenlein | Affirmed |